UNITED STATED BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:        CORBETT SLONE                        CASE NO: 18-70087
              ANNETTE SLONE

              DEBTOR                               CHAPTER 7:

## ORDER

The motion of the above-named debtor(s),   __**Corbett Slone and Annette Slone**__  , to avoid the nonpossessory nonpurchase-money security interest of the respondent,   __**United Consumer Financial**__  is sustained.

It is hereby ORDERED and DECREED that the nonpossessory nonpurchase-money security interest held by  __**United Consumer Financial**__, in and on the following debtor's property: **Household items** is hereby canceled.

It is further ORDERED that unless debtor's bankruptcy case is dismissed, the avoided lien will not survive the bankruptcy case or affix to or remain enforceable against the debtor's interest in the property identified in the motion.  **United Consumer Financial** shall take all steps necessary and appropriate to release the nonpossessory nonpurchase-money security interest.

### Certificate of Mailing

Pursuant to Local Rule 9022-1(c), James P. Bowling shall cause a copy of this order to be served on each of the parties designated to receive this order:

Chapter 7 Trustee

United Consumer Financial Services
Attn:  Rita Torres
Bass & Associates, PC
3936 E. Ft. Lowell Road
Tucson, AZ 85712-1083

Page **1** of **1**

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, March 16, 2018**
(grs)